IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DONALD ADKINSON and
KERRY WIMLEY, Individually
And on Behalf of All Others
Similarly Situated                                                                    PLAINTIFFS

v.                                    Case No. 4:19-cv-4007

TIGER EYE PIZZA, LLC and
KEN SCHROEPFER                                                                        DEFENDANTS

## ORDER

Before the Court is a Motion to Withdraw filed by Plaintiffs' attorney, Chris Burks. (ECF No. 25). The Court finds that no response is necessary and that the matter is ripe for consideration.

Mr. Burks indicates that he has changed his place of employment and, thus, seeks to be relieved as attorney of record for Plaintiffs in this case. Mr. Burks states that Plaintiffs will remain represented by their other attorney of record.

Upon consideration, the Court finds that good cause has been shown for the motion. Accordingly, the instant motion (ECF No. 25) is hereby **GRANTED**. Chris Burks is hereby relieved as attorney of record for Plaintiffs. Plaintiffs shall continue to be represented by Josh Sanford. The Clerk of Court is directed to remove Mr. Burks from the CM/ECF notification system for this case.

**IT IS SO ORDERED**, this 21st day of May, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge