IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DONALD ADKINSON and
KERRY WIMLEY, Individually
and on Behalf of All Others
Similarly Situated                                                              PLAINTIFFS

v.                                        Case No. 4:19-cv-4007

TIGER EYE PIZZA, LLC and
KEN SCHROEPFER                                                                  DEFENDANTS

## **ORDER**

Before the Court is Defendants' Motion for Summary Judgment on Consent to Join Collective Action Filed by Kristen Jenkins. (ECF No. 74). Plaintiffs have not responded and their time to do so has passed. The Court finds the matter ripe for consideration.

On January 24, 2020, Defendants filed the instant motion, contending that they are entitled to summary judgment as a matter of law on the FLSA and AMWA claims of opt-in plaintiff Kristen Jenkins. Defendants argue that Jenkins' claims are foreclosed by the terms of a settlement agreement in a prior wage and hour case before this Court, to which Jenkins was an opt-in plaintiff. Defendants request that the Court dismiss Jenkins' consent to join this suit and likewise dismiss her claims in this case with prejudice.

On January 27, 2020, Plaintiffs filed a notice of withdrawal of consent to join by Kristin Jenkins. Therefore, Jenkins is no longer an opt-in plaintiff in this case and is no longer asserting claims against Defendants. Accordingly, the Court finds that Defendants' motion for summary judgment (ECF No. 74) should be and hereby is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 10th day of February, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge