IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DONALD ADKINSON, et al.                                                                PLAINTIFFS

v.                                      Case No. 4:19-cv-4007

TIGER EYE PIZZA, LLC, et al.                                                           DEFENDANTS

## ORDER

Before the Court is Defendants' Motion for Leave to File Second Motion for Summary Judgment. ECF No. 101. Plaintiffs filed a response. ECF No. 105. The Court finds this matter ripe for consideration.

On December 9, 2020, Defendants filed their first Motion for Summary Judgment. ECF No. 84. On May 3, 2021, the Court denied Defendants' Motion for Summary Judgment because Defendants failed to show that they paid Plaintiffs in compliance with the Fair Labor Standards Act (FLSA) and the Arkansas Minimum Wage Act (AMWA). ECF No. 100. The discovery deadline for this case was November 15, 2020, and thus the dispositive motion deadline was December 15, 2020. ECF No. 80.

Defendants file the instant motion pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and argue that they wish to provide additional evidence as to the manner in which Plaintiffs were paid pursuant to the FLSA and the AMWA. Defendants add that a reimbursement rate must be determined before trial. Plaintiffs oppose these arguments and argue that the dispositive motion deadline passed nine months ago, and Defendants had an opportunity to present this evidence in their initial Motion for Summary Judgment.

The instant motion asks the Court to reopen the dispositive motion deadline that closed on December 15, 2020. Defendants argue that Rule 6(b)(1)(A) applies, however this rule does not

apply because the request was not made before the original deadline expired, and no extension was requested. Fed. R. Civ. P. 6(b)(1)(A). Thus, the Court will consider this motion under Rule 16(b)(4), which states that a schedule may be modified upon showing of good cause and with the judge's consent. Fed. R. Civ. P. 16(b)(4).

In the instant motion, Defendants state that they will present additional evidence as to the manner in which Plaintiffs were paid pursuant to the FLSA and the AMWA. However, Defendants do not provide any reasoning as to why this evidence was excluded from their initial motion. Thus, the Court cannot find good cause to grant leave for a second dispositive motion months after the dispositive motion deadline has passed.

Accordingly, Defendants' Motion for Leave to File Second Motion for Summary Judgment (ECF No. 101) is **DENIED**. Thus, Defendants' Second Motion for Summary Judgment (ECF No. 102) is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 18th day of August, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge