IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| DONALD ADKINSON and KERRY WIMLEY, Individually and on Behalf of All Others Similarly Situated | PLAINTIFFS |
| v.   Case No. 4:19-cv-4007 | |
| TIGER EYE PIZZA, LLC and KEN SCHROEPFER | DEFENDANTS |
| ROGER LEWIS | PLAINTIFF |
| v.   Case No. 4:20-cv-4017 | |
| TIGER EYE PIZZA, LLC and KEN SCHROEPFER | DEFENDANTS |

**ORDER**

Before the Court is a Motion to Withdraw filed by Plaintiffs' attorney Merideth Q. McEntire. (ECF No. 121). No response is necessary.

Ms. McEntire is leaving the Sanford Law Firm, which represents Plaintiffs. She asks to be allowed to withdraw from this case. The Court finds good cause for the motion (ECF No. 121), which is hereby **GRANTED**. Merideth McEntire is hereby relieved as counsel of record for Plaintiffs, who will continue to be represented by Josh Sanford. The Clerk of Court is **DIRECTED** to remove Ms. McEntire from the CM/ECF notification system for this case.

**IT IS SO ORDERED**, this 21st day of March, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge